**William Richard MARVIN, III, Petitioner–Appellant,**

v.

**Ronald J. ANGELONE, Director, Virginia Department of Corrections, Respondent–Appellee.**

No. 01–6883.

United States Court of Appeals, Fourth Circuit.

Submitted Oct. 4, 2001.

Decided Oct. 11, 2001.

William Richard Marvin, III, pro se. Richard Bain Smith, Assistant Attorney General, Richmond, VA, for appellee.

Before NIEMEYER, LUTTIG, and MICHAEL, Circuit Judges.

PER CURIAM.

William Richard Marvin, III, seeks to appeal the district court's order denying relief on his petition filed under 28 U.S.C.A. § 2254 (West 1994 & Supp.2001). We have reviewed the record and the district court's opinion accepting the recommendation of the magistrate judge and find no reversible error. Accordingly, we deny Marvin's motion for a certificate of appealability and dismiss the appeal on the reasoning of the district court. *See Marvin v. Angelone,* No. CA–00–742–2 (E.D. Va. filed May 1, 2001; entered May 2, 2001). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*